IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MARK SOUTH,<br><br>    Plaintiff,<br><br>vs.<br><br>GOJET AIRLINES, LLC,<br><br>    Defendant. | CIIVL NO. 4:12-cv-378<br><br><br>**PLAINTIFF'S RESISTANCE TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE TO TRANSFER** |

COMES NOW the Plaintiff, Mark South, by and through his attorneys, and for his Resistance to Defendant's Motion to Dismiss or in the Alternative to Transfer, respectfully states as follows:

1.  Plaintiff's Complaint alleges Defendant interfered with his ability to exercise his rights pursuant to the Family and Medical Leave Act (FMLA), 29 U.SC. § 2615, and terminated his employment in retaliation for seeking to exercise his rights pursuant to the FMLA.

2.  Plaintiff's claims for violations of the FMLA are not subject to arbitration pursuant to the applicable collective bargaining agreement and are not preempted by the Railway Labor Act.

3.  This Court has personal jurisdiction over Defendant, and venue is proper in this Court.

4.  If Defendant is not subject to personal jurisdiction in the State of Iowa and/or venue in the Southern District of Iowa is improper, this matter should be transferred to the United States District Court for the Northern District of Illinois or the United States District Court for the Eastern District of Missouri.

5.	Plaintiff further requests the opportunity to be heard at oral argument.

6.	By way of further response to Defendant's Motion and in support of this Resistance, Plaintiff submits Plaintiff's Brief in Resistance to Defendant's Motion to Dismiss or in the Alternative to Transfer.

WHEREFORE, the Plaintiff requests the Court deny Defendant's Motion to Dismiss or in the Alternative to Transfer and enter an appropriate Order.

Respectfully submitted,

*/s/ Michael J. Carroll*_____
Michael J. Carroll
Kodi A. Brotherson
Babich Goldman, P.C.
501 SW 7th Street, Suite J
Des Moines, IA  50309
Telephone:  (515) 244-4300
Facsimile:  (515) 244-2650
E-mail:  mcarroll@babichgoldman.com
kbrotherson@babichgoldman.com

ATTORNEYS FOR PLAINTIFF

Original filed; copies to:

Patrick R. Martin
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Center
90 South Seventh Street, Suite 3800
Minneapolis, MN 55402
Telephone: (612) 336-6870
Facsimile: (612) 339-0061
E-mail: patrick.martin@ogletreedeakins.com

Leslie Cavender
Attorney
Trans States Holdings, Inc.
11495 Navaid Rd.
Bridgeton, MO 63044
Telephone: (314) 222-4317
Facsimile:  (314) 222-4311

ATTORNEY FOR DEFENDANTS

---

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of this document was served upon counsel of record for each party to the action in compliance with Fed. R. Civ. P. 5 on January 28, 2013, by:

 X  Electronically via ECF for ECF registrants
 __  U.S. Mail
 __  Fax
 __  Fed Ex or other overnight courier
 __  Hand Delivered
Other: _____

Signature:  */s/ Debra S. Krause*_____

---