IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MARK SOUTH,<br><br>Plaintiff,<br><br>vs.<br><br>GOJET AIRLINES, LLC,<br><br>Defendant. | CIIVL NO. 4:12-cv-378<br><br><br>**DECLARATION OF<br>MARK SOUTH** |

I, Mark South, hereby declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the following is true and correct and based upon my own personal knowledge and, if called to testify, would state:

1. I worked for the Defendant, GoJet Airlines, LLC, as a pilot from January 5, 2009, to May 14, 2010. I was paid pursuant to the schedule negotiated by the Union in the Collective Bargaining Agreement.

2. Defendant, GoJet Airlines, LLC, mailed my offer of employment to my Ankeny, Iowa, address.

3. While employed by Defendant, I was given a "domicile" (as defined by the Collective Bargaining Agreement) of Chicago, Illinois.

4. At all times during my employment with Defendant, I resided and had a legal domicile of Ankeny, Iowa.

5. At all times during my employment with Defendant, the Defendant was aware that I lived in and had a legal domicile of Ankeny, Iowa.

6. At all times during my employment with Defendant, GoJet Airlines, I paid state income tax to the state of Iowa.

7. Defendant, GoJet Airlines, LLC, deposited my paycheck, mailed all correspondence, and mailed any tax documents to my Ankeny, Iowa, address.

8. Defendant, GoJet Airlines, LLC, made numerous calls to my Ankeny, Iowa, telephone number to converse about various employment matters.

9. At all times during my employment, Defendant, GoJet Airlines, LLC, was aware that I commuted from my Ankeny, Iowa, home to my "domicile" in Chicago, Illinois, for each route I was scheduled to fly.

10. Defendant, GoJet Airlines, LLC, is aware that a number of employees also commute from their Des Moines, Iowa, area homes to their "domicile" in Chicago, Illinois.

11. Defendant, GoJet Airlines, LLC, sent my termination notice to my Ankeny, Iowa, address.

12. At no time during my employment with Defendant, GoJet Airlines, LLC, did I have the intent, or take any substantial steps, to make Chicago, Illinois, or St. Louis, Missouri, my legal domicile.

13. Attached hereto as Exhibit A is a true and correct copy of the Opinion and Award of the Arbitrator.

Dated: January 25, 2013    _____ Sign Name

_____Mark South_____ Print Name
Mark South